### TAYLOR *v.* MEEK.—In error.

IN a suit by *Meek* against *Taylor,* in the Circuit Court, the following note was filed, instead of a declaration, as the cause of action:—

"On or before the 27th of *June* next, I promise to pay *George Meek* the sum of 150 dollars, for value received of him, as witness my hand this 18th of *August,* 1832.—*Henry Taylor.* For which said *Meek* agrees to take 35 head of second rate calves, to be delivered at my house in payment of the above note, provided said *Taylor* delivers them against the first of *April* next,—otherwise the above note to remain in full force and virtue in law. 18th *August,* 1832.—*George Meek.*"

*Held,* that in consequence of the agreement subjoined to the note and signed by *Meek,* the case is not within the statute which dispenses with a declaration in certain cases. Stat. 1833, p. 112 (1). Vide *Dowdel* v. *Aston,* 3 Blackf. 406.

(1) Accord. Rev. Stat. 1838, p. 458,